DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CRAIG MOORE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1341

_____

November 26, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

PER CURIAM.

Affirmed.

KHOUZAM, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.